ACCEPTED
04-15-00480-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/12/2016 1:59:57 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00480-CV

| | | |
|---|---|---|
| **LIBERTY SPORT AVIATION, L.P.** | § | **IN THE FOURTH COURT** |
| | § | |
| **vs.** | § | **OF APPEALS** |
| | § | |
| **TEXAS HILL COUNTRY BANK** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/12/16 1:59:57 PM
KEITH E. HOTTLE
Clerk

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Texas Hill Country Bank, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 216th Judicial District Court of Kendall County, Texas.

2. The case below was styled the Liberty Sport Aviation, L.P. v. Texas Hill Country Bank, et al, and numbered 14-314.

3. The case is an appeal from the trial court's order granting Appellee's, Texas Hill Country Bank's, motion for summary judgment in this case.

4. Notice of appeal was given on July 30, 2015.

5. The clerk's record was filed on October 26, 2015; the reporter's record was filed on September 21, 2015.

6. The Appellee's appellate brief is presently due on May 13, 2016.

7. Appellee requests an extension of time of 30 days from the present date, i.e. June 12, 2016.

8. One extension to file the brief has been received in this cause.

Undersigned counsel has conferred with Appellant's counsel and Appellant is unopposed to this motion for extension of time.

9. Appellee relies on the following facts as good cause for the requested extension:

Undersigned counsel has been unable to complete the brief because of multiple other commitments including a very busy trial and appellate docket which has taken away from undersigned counsel's ability to complete the brief in this cause. .

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

M. Patrick Maguire, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By:_____
M. Patrick Maguire
State Bar No. 24002515
Attorney for Texas Hill Country Bank

## CERTIFICATE OF SERVICE

I certify that on May 12, 2016 a true and correct copy of Appellee, Texas Hill Country Bank's, Motion to Extend Time to File Appellee's Brief was served by facsimile transmission on Kimberly S. Keller at (888) 293-8580.

_____
M. Patrick Maguire

**STATE OF TEXAS**                                      §
                                                        §
**COUNTY OF KERR**                                      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared M. Patrick Maguire, who after being duly sworn stated:

"I am the attorney for the appellee, Texas Hill Country Bank, in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellee's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
M. Patrick Maguire
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 12, 2016, 2016, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

KATHY CONNELLY
Notary Public, State of Texas
Comm. Expires 02-06-2020
Notary ID 4221425